Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Cagle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-118-018

**Effective Date of Registration:**
March 27, 2018

**Title** _____

    **Title of Work:** 24519 Sunshine Sun

**Completion/Publication** _____

    **Year of Completion:** 2000
    **Date of 1st Publication:** January 25, 2000
    **Nation of 1ˢᵗ Publication:** United States

**Author** _____

    •    **Author:** Anagram International, inc.
        **Author Created:** 2-D artwork
    **Work made for hire:** Yes
        **Domiciled in:** United States

**Copyright Claimant** _____

    **Copyright Claimant:** Anagram International, Inc.
                7700 Anagram Drive, Eden Prairie, MN, 55339

**Rights and Permissions** _____

    **Organization Name:** Anagram International, Inc.
            **Address:** 7700 Anagram Drive
                Eden Prairie, MN 55344 United States

**Certification** _____

        **Name:** Nancy Kroells
        **Date:** March 27, 2018

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



Registration Number

**VA 2-185-234**

Effective Date of Registration:
October 30, 2019

Registration Decision Date:
January 09, 2020

---

### Title

Title of Work: 25102 - Spider

### Completion/Publication

Year of Completion: 2012
Date of 1st Publication: February 15, 2012
Nation of 1st Publication: United States

### Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

### Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

Name: Nancy Castanias
Date: October 30, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-198-751

**Effective Date of Registration:**
February 12, 2020
**Registration Decision Date:**
April 03, 2020

---

## Title

**Title of Work:** 38469 - Disco Ball (Rainbow)

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 29, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** February 12, 2020

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-185-233**

**Effective Date of Registration:**
October 30, 2019
**Registration Decision Date:**
January 09, 2020

---

### Title

Title of Work: 25101 - Dancing Skeleton

### Completion/Publication

Year of Completion: 2012
Date of 1st Publication: February 15, 2012
Nation of 1ª Publication: United States

### Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

### Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

Name: Nancy Castanias
Date: October 30, 2019

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-115-452**

**Effective Date of Registration:**
February 28, 2018

---

**Title**

      **Title of Work:**  111236 Flamingo Beach

**Completion/Publication**

      **Year of Completion:**  2000
      **Date of 1st Publication:**  January 01, 2001
      **Nation of 1st Publication:**  United States

**Author**

      •   **Author:**  Anagram International, inc.
      **Author Created:**  2-D artwork
      **Work made for hire:**  Yes
      **Domiciled in:**  United States

A111236 Flamingo Beach
SuperShape™ P35

**Copyright Claimant**

      **Copyright Claimant:**  Anagram International, Inc.
      7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

      **Name:**  Nancy Kroells
      **Date:**  February 28, 2018

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-247-339

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 14, 2021

---

## Title

**Title of Work:** 37116 - Tropical Palm Trees

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 23, 2019
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** March 18, 2021

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-097

**Effective Date of Registration:**
November 08, 2019

**Registration Decision Date:**
February 24, 2020

---

### Title

| | |
|---|---|
| Title of Work: | 32851 - Pineapple |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | June 15, 2015 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339, US |

### Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | November 08, 2019 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-060-573**

**Effective Date of Registration:**
August 03, 2017

## Title

Title of Work: 04949 - Champagne Bottle

## Completion/Publication

Year of Completion: 1998
Date of 1st Publication: January 21, 1998
Nation of 1st Publication: United States

## Author

• Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

⧐ 04949 Champagne Bottle

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

Organization Name: Anagram International, Inc.
Email: info@anagramintl.com
Address: 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

Name: Nancy L. Kroells
Date: August 03, 2017
Applicant's Tracking Number: 04949

Page 1 of 2



## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1–206–711

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 4 | 24 | 03 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Happy Bee, #04745

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give info contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**

---

**a** NAME OF AUTHOR ▼

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ United States
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**a** Year in Which Creation of This Work Was Completed
1997
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month March   Day 15   Year 1997
United States          Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

047-85 Happy Bee
SuperShape™ XLM P30

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**
See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

Area code and daytime telephone number  ( 952-) 949-5631          Fax number  ( 952-)949-6483

Email  psandkamp@anagramintl.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of. Anagram International, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Diana Curtis                                    Date  April 10, 2003

Handwritten signature (X) ▼
X  Diana Curtis

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Patricia Sandkamp, Anagram International, Inc. |
| | **Number/Street/Apt** ▼ 7700 Anagram Drive |
| | **City/State/ZIP** ▼ Eden Prairie, MN 55344 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2003—20,000  Web Rev. June 2002  ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-085-924**

**Effective Date of Registration:**
February 01, 2018

---

### Title

**Title of Work:** 37273 - Magical Unicorn

### Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 05, 2017
**Nation of 1st Publication:** United States

### Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

> **37273 Magical Unicorn**

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

**Name:** Nancy Kroells
**Date:** February 01, 2018



37273 Magical Unicorn

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-349-977

**Effective Date of Registration:**
May 01, 2023
**Registration Decision Date:**
June 05, 2023

## Title

| | |
|---|---|
| Title of Work: | 42345 - Sitting Teddy |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | February 18, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | May 01, 2023 |



Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-247-342

**Effective Date of Registration:**
March 18, 2021

**Registration Decision Date:**
April 14, 2021

---

### Title

**Title of Work:** 28950 - Summer Scene Palm

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 12, 2019
**Nation of 1st Publication:** United States

### Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

### Certification

**Name:** Nancy Castanias
**Date:** March 18, 2021

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marie Strong

Acting United States Register of Copyrights and Director



**Registration Number**

# VA 2-192-001

**Effective Date of Registration:**
November 08, 2019

**Registration Decision Date:**
February 21, 2020

---

**Title**

| | |
|---|---|
| **Title of Work:** | 29004 - Chalkboard Birthday Arrow |



**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | March 01, 2014 |
| **Nation of 1st Publication:** | United States |

**Author**

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

**Copyright Claimant**

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

**Certification**

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | November 08, 2019 |

Page 1 of 1



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts

VA 1 – 206 – 720

EFFECTIVE DATE OF REGISTRATION

4 | 24 | 03
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

It's a Boy Foot, #07688

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**

a   Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ United States
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work



**Name of Author ▼**

b

**Dates of Birth an**
Year Born ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This A**
Anonymous?
Pseudonymous

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

07688 It's a Boy Foot
SuperShape™ XL® P35

---

**Year in Which Creation of This Work Was Completed**
a   2000   This information must be given   Year in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information   Month December   Day 15   Year 2000
ONLY if this work has been published.   United States   Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie MN 55344-7307

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 24, 2003
**ONE DEPOSIT RECEIVED**
APR 24, 2003
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 2 pages



**07688 It's a Boy Foot**
SuperShape™ XL® P35

## CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–206–717

EFFECTIVE DATE OF REGISTRATION

4 | 24 | 03
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
It's a Girl Foot, #07690

**NATURE OF THIS WORK ▼ See instructions**
Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

**NAME OF AUTHOR ▼**
a Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes ☐ No

**Author's Nationality or Domicile**
Citizen of _United States_
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**
b

Dates of Birth and Death
Year Born ▼

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**Author's Nationality or Domicile**
Citizen of _____
Domiciled in _____

Was This Author
Anonymous? ☐
Pseudonymous? ☐

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

07690 It's a Girl Foot
SuperShape™ XL® P35

a **Year in Which Creation of This Work Was Completed** 2000

b **Date and Nation of First Publication of This Particular Work** Month December Day 15 Year 2000 United States

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Anagram International, Inc.
7700 Anagram Drive
Eden Prairie MN 55344-7307

APPLICATION RECEIVED APR 24 2003
ONE DEPOSIT RECEIVED APR 24 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼





**07690 It's a Girl Foot**

SuperShape™ XL® P35

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-206-709

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 4 | 24 | 03 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Jewel Blue Dolphin, #05819

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**

**a** Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ United States
{ Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
{ Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**a** **Year in Which Creation of This Work Was Completed**
1998 Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month May   Day 15   Year 1998
United States   Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   **DO NOT WRITE HERE**
• See detailed instructions.   • Sign the form at line 8.   Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

*See instructions before completing this space.*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**b**

Area code and daytime telephone number   ( 952-) 949-5631          Fax number   ( 952-) 949-6483

Email  psandkamp@anagramintl.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Anagram International, Inc.
*Name of author or other copyright claimant, or owner of exclusive right(s) ▲*

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis          Date  April 10, 2003

Handwritten signature (X) ▼

X  *Diana Curtis*

| Certificate will be mailed in window envelope to this address: | **Name ▼** Patricia Sandkamp, Anagram International, Inc. | • Complete all necessary spaces • Sign your application in space 8 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |
|---|---|---|
| | **Number/Street/Apt ▼** 7700 Anagram Drive | |
| | **City/State/ZIP ▼** Eden Prairie, MN 55344 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Wyle Clayth*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-112**

**Effective Date of Registration:**
July 24, 2017

---

**Title**

**Title of Work:** 07460 - Pink Dolphin

**Completion/Publication**

**Year of Completion:** 2000
**Date of 1st Publication:** April 18, 2000
**Nation of 1st Publication:** United States

**Author**

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

**Copyright Claimant**

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

**Rights and Permissions**

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

**Certification**

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 07460

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



Registration Number

**VA 2-192-096**

**Effective Date of Registration:**
November 08, 2019

**Registration Decision Date:**
February 24, 2020

---

### Title

| | |
|---|---|
| **Title of Work:** | 33673 - Police Car |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 30, 2015 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339, US |

### Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | November 08, 2019 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tusl*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-117-643**

**Effective Date of Registration:**
March 28, 2018

**Title** _____

**Title of Work:** 33815 - Rainbow with Clouds

**Completion/Publication** _____

**Year of Completion:** 2000
**Date of 1st Publication:** January 25, 2000
**Nation of 1ˢᵗ Publication:** United States

**Author** _____

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

33815 Rainbow with Clouds
SuperShape™ XL® P35

**Copyright Claimant** _____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification** _____

**Name:** Nancy Kroells
**Date:** March 28, 2018



**33815 Rainbow with Clouds**

SuperShape™ XL® P35

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-403-719**

**Effective Date of Registration:**
April 18, 2024
**Registration Decision Date:**
July 17, 2024

## Title

| | |
|---|---|
| Title of Work: | 33595 - Silly Octopus |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | April 01, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Anagram International, LLC |
| Author Created: | sculpture |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, LLC |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | April 18, 2024 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Teale*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-136-938**

**Effective Date of Registration:**
July 17, 2018

## Title

**Title of Work:** 38762 - Standing Magical Love Unicorn

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 17, 2018
**Nation of 1st Publication:** United States

## Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

38762 Standing Magical Love
Unicorn

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy Kroells
**Date:** July 17, 2018
**Applicant's Tracking Number:** 38762

Page 1 of 2



38762 Standing Magical Love
Unicorn

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-990

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 03, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | 39603 - Stegosaurus |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | August 21, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Anagram International |
| **Email:** | brandprotection@anagramintl.com |
| **Address:** | 7700 Anagram Drive<br>Eden Prairie, mn 55344 United States |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | February 19, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-097

**Effective Date of Registration:**
July 24, 2017

---

## Title

**Title of Work:** 18015 - Tuxedo

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 17, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 18015

---

